THE HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARMFIELD HARRISON & THOMAS, LLC. and BRP COLLEAGUE, INC., | Case No. 2:23-cv-00666-TL |
| Plaintiffs, | [PROPOSED] ORDER RE DEFENDANTS' MOTION TO FILE UNDER SEAL |
| vs. | |
| BRIAN KING, an individual; and ALLIANT INSURANCE SERVICES, a Delaware corporation, | NOTED FOR: October 6, 2023 |
| Defendants. | |

Before the Court is the Motion to File Under Seal filed by Defendants Brian King and Alliant Insurance Services. Defendants' Motion relates to Exhibits B and D to the Declaration of Brian King, in Opposition to Plaintiffs' Motion for Temporary Restraining Order. Having considered Defendants' Motion to Seal, the associated briefing, and the record before the Court, the Motion is HEREBY GRANTED.

IT IS SO ORDERED.

DATED this 22 day of November 2023.

Tana Lin
United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401

1

2

Presented by:

3
DATED SEPTEMBER 18, 2023                MORGAN, LEWIS & BOCKIUS LLP

4
By:  *s/ Damon C. Elder*
Damon C. Elder, WSBA #46754

5
Molly A. Terwilliger, WSBA #28449
Amy Taylor, WSBA #53644

6
1301 Second Avenue, Suite 2800
Seattle, WA 98101

7
Phone: (206) 274-6400
Email:   damon.elder@morganlewis.com

8
molly.terwilliger@morganlewis.com
amy.taylor@morganlewis.com

9

10
*Attorneys for Defendants Brian King and Alliant Insurance Services*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER RE DEFENDANTS'
MOTION TO SEAL CERTAIN EXHIBITS AND
OPPOSITION
(Case No. 2:23-cv-00666-TL)

- 2 -